UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Defendants. | Case No.: 3:17-CV-000666-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 35) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 35[1]) entered on May 19, 2020, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF Nos. 31, 31-1 to 31-7).  No objection to the Report and Recommendation has been filled.

      This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 35) is **ADOPTED and ACCEPTED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF Nos. 31, 31-1 to 31-7) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of the Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge